[No. 39272-7-I.    Division One.    July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MELISSA WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07992-6, Marilyn R. Sellers, J., entered September 9, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39420-7-I.    Division One.    July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. IVAN JERMANE CLINKSCALE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-03991-0, Michael Spearman, J., entered September 20, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39464-9-I.    Division One.    July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANE ANN CLAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-00903-9, Marilyn R. Sellers, J., entered September 16, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39471-1-I.    Division One.    July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. HOWARD TIMOTHY SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-00251-4, Faith Enyeart Ireland, J., entered September 23, 1996. *Dismissed* by unpublished per curiam opinion.